```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                           Case No. 19-13971-elf
Reginald B. Draughn                                              Chapter 13
         Debtor               CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith               Page 1 of 2                  Date Rcvd: Jul 03, 2019
                              Form ID: 309I             Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db             +Reginald B. Draughn,    414 Ashburton Place,    Coatesville, PA 19320-5933
14345360        Advantage Au,   Rte 130 & Klemm Av,    Gloucester City, NJ 08030
14345363       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14345366       +Brandywine Hospital,    201 Reeceville Road,    Coatesville, PA 19320-1536
14345368       +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy Dept,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14345369       +Cenlar Mortgage Central loan Administrat,    Attn: Bankruptcy,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
14345371       +Citi/Sears,   Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14345373       +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14351924       +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
14345383       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
14345384       +Equiant/Thousand Trails,    Attn: Bankruptcy,    5401 N Pima Rd, Ste 150,
                 Scottsdale, AZ 85250-2630
14345385       +FantaSea Resorts,    Atlantic Palace,    1507 Boardwalk,    Atlantic City, NJ 08401-7012
14345386       +Fantasy World Club Villas,    5005 Kyng s Heath Rd.,    Kissimmee, FL 34746-5574
14345388       +Flag Ship Resort,    60 North Maine Avenue,    Atlantic City, NJ 08401-5518
14345389       +HC Processing Center,    Attention Bankruptcy,    Po Box 708970,    Sandy, UT 84070-8970
14345390       +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14345393      #+Marie Walker,    2611 Bowers Street,    Wilmington, DE 19802-4627
14345394       +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
                 Philadelphia, PA 19107-2495
14345396       +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
14345404       +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
14345406       +USSA Bank,    9800 Fredericksburg Road,    San Antonio, TX 78288-0001
14345407       +Wells Fargo/Bob's Discount Furniture,    Po Box 10438,    Mac F8235-02f,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cdicicco@myphillybankruptcylawyer.com Jul 04 2019 03:03:10
                 CHRISTIAN A. DICICCO,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                 Philadelphia, PA   19103
tr             +E-mail/Text: bncnotice@ph13trustee.com Jul 04 2019 03:05:30     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 04 2019 03:04:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 04 2019 03:04:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 04 2019 03:04:45     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
14345361       +EDI: GMACFS.COM Jul 04 2019 06:53:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
14345362       +EDI: GMACFS.COM Jul 04 2019 06:53:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14345365        EDI: HFC.COM Jul 04 2019 06:53:00      Best Buy Co., Inc.,    PO Box 17298,
                 Baltimore, MD 21297-1298
14345359        EDI: CBSAAFES.COM Jul 04 2019 06:53:00      AAFES,   Attention: Bankruptcy,    Po Box 650060,
                 Dallas, TX 75265
14345367       +EDI: CAPITALONE.COM Jul 04 2019 06:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14351675       +EDI: AIS.COM Jul 04 2019 06:53:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14345370       +E-mail/Text: bankruptcycollections@citadelbanking.com Jul 04 2019 03:05:21     Citadel FCU,
                 Attn: Bankruptcy,    520 Eagleview Blvd,    Exton, PA 19341-1119
14345372       +EDI: CITICORP.COM Jul 04 2019 06:53:00      Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,
                 Sioux Falls, SD 57117-6275
14345374       +EDI: WFNNB.COM Jul 04 2019 06:53:00      Comenity Bank/Ann Taylor,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14345375       +EDI: WFNNB.COM Jul 04 2019 06:53:00      Comenity Bank/Kay Jewelers,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14345376       +EDI: WFNNB.COM Jul 04 2019 06:53:00      Comenity Bank/Wayfair,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14345379       +EDI: WFNNB.COM Jul 04 2019 06:53:00      ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14345377        EDI: WFNNB.COM Jul 04 2019 06:53:00      Comenitybank/New York,    Attn: Bankruptcy,
                 Po Box 18215,    Columbus, OH 43218
14345378       +EDI: WFNNB.COM Jul 04 2019 06:53:00      Comenitycapital/bjsclb,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0313-2           User: Keith              Page 2 of 2              Date Rcvd: Jul 03, 2019
                               Form ID: 309I            Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14345380       +EDI: CRFRSTNA.COM Jul 04 2019 06:53:00      Credit First National Association,
                 Attn: Bankruptcy,   Po Box 81315,    Cleveland, OH 44181-0315
14345381       +EDI: RCSFNBMARIN.COM Jul 04 2019 06:53:00      Credit One Bank,   Attn: Bankruptcy Department,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14345382       +EDI: NAVIENTFKASMDOE.COM Jul 04 2019 06:53:00      Dept of Ed / Navient,   Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barr, PA 18773-9635
14345387       +EDI: BLUESTEM Jul 04 2019 06:53:00      Fingerhut,   Attn: Bankruptcy,   Po Box 1250,
                 Saint Cloud, MN 56395-1250
14345391        E-mail/Text: camanagement@mtb.com Jul 04 2019 03:04:22      M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
14345392       +EDI: PHINGENESIS Jul 04 2019 06:53:00      Mabt - Genesis Retail,   Attn: Bankruptcy,
                 Po Box 4477,    Beaverton, OR 97076-4401
14345395       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 04 2019 03:13:22      Regional Acceptance Co,
                 Attn: Bankruptcy,   1424 E Firetower Rd,    Greenville, NC 27858-4105
14345397       +EDI: RMSC.COM Jul 04 2019 06:53:00      Syncb/hhgreg,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14345398       +EDI: RMSC.COM Jul 04 2019 06:53:00      Synchrony Bank,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14345812       +EDI: RMSC.COM Jul 04 2019 06:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14346111       +EDI: RMSC.COM Jul 04 2019 06:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14345399       +EDI: RMSC.COM Jul 04 2019 06:53:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
14345400       +EDI: RMSC.COM Jul 04 2019 06:53:00      Synchrony Bank/Amazon,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14345401       +EDI: RMSC.COM Jul 04 2019 06:53:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14345402       +EDI: RMSC.COM Jul 04 2019 06:53:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14345405       +EDI: ECMC.COM Jul 04 2019 06:53:00      US Dept of Education,   Attn: Bankruptcy,   Po Box 16448,
                 Saint Paul, MN 55116-0448
14345403        E-mail/Text: EBankruptcy@UCFS.NET Jul 04 2019 03:05:37      United Consumer Financial Services,
                 865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                               TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14345364      ##+Best Buy Co., Inc.,   PO Box 183195,    Columbus, OH 43218-3195
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
```
              CHRISTIAN A. DICICCO    on behalf of Debtor Reginald B. Draughn
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Reginald B. Draughn** | Social Security number or ITIN  **xxx–xx–0476** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **6/21/19** |
| Case number: | **19–13971–elf** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Reginald B. Draughn | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 414 Ashburton Place<br>Coatesville, PA 19320 | |
| 4. | **Debtor's attorney**<br>Name and address | CHRISTIAN A. DICICCO<br>Law Offices of Christian A. DiCicco<br>2008 Chestnut Street<br>Philadelphia, PA 19103 | Contact phone 215 – 564 – 6812<br><br>Email:<br>cdicicco@myphillybankruptcylawyer.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/3/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 14, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>Suite 18–341, 1234 Market Street,<br>Philadelphia, PA 19107 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/13/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/30/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/18/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1310.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/3/19** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |