# LEAVE AND EARNINGS STATEMENT (LES)

Printer Friendly LES 

03/16/2019

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay - Pay |
|---|---|---|---|---|
| DRAUGHN REGINALD B | WG 06 05 | 25.71 | 38.57 | 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave |
|---|---|---|---|---|
| ***-**-0476 | 0.00 | N | 12/15/03 | 24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial |
|---|---|---|
| PHILA POLICE & FIRE FED CU | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 420332 | S | 0 | 0 | CALN TWP | FERS: 3210 |
| PA | S | 0 | 0 | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2211.12 | 14179.39 | |
| TAXABLE WAGES | 2065.64 | 13306.29 | |
| NONTAXABLE WAGES | 95.48 | 573.10 | |
| TAX DEFERRED WAGES | 50.00 | 300.00 | |
| DEDUCTIONS | 712.59 | 4663.60 | |
| AEIC | | | |
| NET PAY | 1498.53 | 9515.79 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2056.80 | SUNDAY PREM | 8.00 | 51.44 | WEEKEND PREM |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE |
|---|---|---|---|---|---|
| FEGLI | C0 | 8.40 | 50.40 | FEHB | 111 |
| MEDICARE | | 30.68 | 197.29 | OASDI | |
| ORG/UNION | VCRC | 22.00 | 132.00 | RETIRE, FERS | K |
| VCS DEDUCT | | | 80.20 | TAX, FEDERAL | |
| TAX, LOCAL | 420332 | 21.16 | 136.05 | TAX, LST | 420332 |
| TAX, LOCAL | 420485 | | | TAX, STATE | PA |
| TSP LOANS | 628004G | 42.84 | 257.04 | TSP SAVINGS | |
| DENTAL | | 21.76 | 130.78 | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED |
|---|---|---|---|---|---|---|
| ANNUAL | 81.75 | 8.00 | 40.00 | | 9.75 | |
| SICK | 34.00 | 4.00 | 20.00 | 0.75 | 30.00 | |
| HOLIDAY | | | | | 0.50 | |

# LEAVE AND EARNINGS STATEMENT (LES)

Printer Friendly LES 

03/30/2019

## DEPARTMENT OF DEFENSE
### CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay |
|---|---|---|---|---|
| DRAUGHN REGINALD B | WG 06 05 | 25.71 | 38.57 | 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave |
|---|---|---|---|---|
| ***-**-0476 | 0.00 | N | 12/15/03 | 24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial |
|---|---|---|
| PHILA POLICE & FIRE FED CU | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 420332 | S | 0 | 0 | CALN TWP | FERS: 3226 |
| PA | S | 0 | 0 | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2262.56 | 16441.95 | |
| TAXABLE WAGES | 2117.08 | 15423.37 | |
| NONTAXABLE WAGES | 95.48 | 668.58 | |
| TAX DEFERRED WAGES | 50.00 | 350.00 | |
| DEDUCTIONS | 729.93 | 5393.53 | |
| AEIC | | | |
| NET PAY | 1532.63 | 11048.42 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2056.80 | SUNDAY PREM | 16.00 | 102.88 | WEEKEND PREM |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE |
|---|---|---|---|---|---|
| FEGLI | C0 | 8.40 | 58.80 | FEHB | 111 |
| MEDICARE | | 31.42 | 228.71 | OASDI | |
| ORG/UNION | VCRC | 22.00 | 154.00 | RETIRE, FERS | K |
| VCS DEDUCT | | | 80.20 | TAX, FEDERAL | |
| TAX, LOCAL | 420332 | 21.67 | 157.72 | TAX, LST | 420332 |
| TAX, LOCAL | 420485 | | | TAX, STATE | PA |
| TSP LOANS | 628004G | 42.84 | 299.88 | TSP SAVINGS | |
| DENTAL | | 21.76 | 152.54 | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED |
|---|---|---|---|---|---|---|
| ANNUAL | 81.75 | 8.00 | 48.00 | 4.00 | 13.75 | |
| SICK | 34.00 | 4.00 | 24.00 | | 30.00 | |
| HOLIDAY | | | | | 0.50 | |

# LEAVE AND EARNINGS STATEMENT (LES)

Printer Friendly LES 

04/13/2019

### DEPARTMENT OF DEFENSE
### CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay |
|---|---|---|---|---|
| DRAUGHN REGINALD B | WG 06 05 | 25.71 | 38.57 | 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave |
|---|---|---|---|---|
| ***-**-0476 | 0.00 | N | 12/15/03 | 24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial |
|---|---|---|
| PHILA POLICE & FIRE FED CU | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 420332 | S | 0 | 0 | CALN TWP | FERS: 3243 |
| PA | S | 0 | 0 | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2108.24 | 18550.19 | |
| TAXABLE WAGES | 1962.76 | 17386.13 | |
| NONTAXABLE WAGES | 95.48 | 764.06 | |
| TAX DEFERRED WAGES | 50.00 | 400.00 | |
| DEDUCTIONS | 677.90 | 6071.43 | |
| AEIC | | | |
| NET PAY | 1430.34 | 12478.76 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2056.80 | SUNDAY PREM | 8.00 | 51.44 | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE |
|---|---|---|---|---|---|
| FEGLI | C0 | 8.40 | 67.20 | FEHB | 111 |
| MEDICARE | | 29.19 | 257.90 | OASDI | |
| ORG/UNION | VCRC | 22.00 | 176.00 | RETIRE, FERS | K |
| VCS DEDUCT | | | 80.20 | TAX, FEDERAL | |
| TAX, LOCAL | 420332 | 20.13 | 177.85 | TAX, LST | |
| TAX, LOCAL | 420485 | | | TAX, STATE | 420332 PA |
| TSP LOANS | 628004G | 42.84 | 342.72 | TSP SAVINGS | |
| DENTAL | | 21.76 | 174.30 | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED |
|---|---|---|---|---|---|---|
| ANNUAL | 81.75 | 8.00 | 56.00 | 49.00 | 62.75 | |
| SICK | 34.00 | 4.00 | 28.00 | 7.00 | 37.00 | |
| HOLIDAY | | | | | 0.50 | |

# LEAVE AND EARNINGS STATEMENT (LES)

Printer Friendly LES 

04/27/2019

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 3. Name<br>DRAUGHN REGINALD B | 4. Pay Plan/Grade/Step<br>WG  06  05 | 5. Hourly/Daily Rate<br>25.71 | 6. Basic OT Rate<br>38.57 | 7. Basic Pay<br>Pay<br>0.00 |
|---|---|---|---|---|
| 8. Soc Sec No<br>***-**-0476 | 9. Locality %<br>0.00 | 10. FLSA Category<br>N | 11. SCD Leave<br>12/15/03 | 12. Max Leave<br>24 |
| 14. Financial Institution - Net Pay<br>PHILA POLICE & FIRE FED CU | 15. Financial Institution - Allotment #1 | | | 16. Financial |
| 17. Tax  Marital  Exemptions Add'l<br>        Status<br>FED   S       1         0<br>PA    S       0         0 | 18. Tax  Marital  Exemptions  Add'l  Taxing Authority<br>420332   S       0           0    CALN TWP | | | 19. Cumulative<br>FERS:  3259 |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2108.24 | 20658.43 | |
| TAXABLE WAGES | 1962.76 | 19348.89 | |
| NONTAXABLE WAGES | 95.48 | 859.54 | |
| TAX DEFERRED WAGES | 50.00 | 450.00 | |
| DEDUCTIONS | 677.89 | 6749.32 | |
| AEIC | | | |
| NET PAY | 1430.35 | 13909.11 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2056.80 | WEEKEND PREM | 8.00 | 51.44 | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE |
|---|---|---|---|---|---|
| FEGLI | C0 | 8.40 | 75.60 | FEHB | 111 |
| MEDICARE | | 29.18 | 287.08 | OASDI | |
| ORG/UNION | VCRC | 22.00 | 198.00 | RETIRE, FERS | K |
| VCS DEDUCT | | | 80.20 | TAX, FEDERAL | |
| TAX, LOCAL | 420332 | 20.13 | 197.98 | TAX, LST | 420332 |
| TAX, LOCAL | 420485 | | | TAX, STATE | PA |
| TSP LOANS | 628004G | 42.84 | 385.56 | TSP SAVINGS | |
| DENTAL | | 21.76 | 196.06 | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED |
|---|---|---|---|---|---|---|
| ANNUAL | 81.75 | 8.00 | 64.00 | | 62.75 | |
| SICK | 34.00 | 4.00 | 32.00 | | 37.00 | |
| HOLIDAY | | | | | 0.50 | |

# LEAVE AND EARNINGS STATEMENT (LES)

Printer Friendly LES 

05/11/2019

## DEPARTMENT OF DEFENSE
### CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 05/11/19 |
| --- | --- |
| 2. Pay Date | 05/17/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| DRAUGHN REGINALD B | WG 06 05 | 25.71 | 38.57 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-0476 | 0.00 | N | 12/15/03 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| PHILA POLICE & FIRE FED CU | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 1 | 0 | 420332 | S | 0 | 0 | CALNTWP | 3,275.96 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 2,314.00 | 22,972.43 | |
| TAXABLE WAGES | 2,168.52 | 21,517.41 | |
| NONTAXABLE WAGES | 95.48 | 955.02 | |
| TAX DEFERRED WAGES | 50.00 | 500.00 | |
| DEDUCTIONS | 747.28 | 7,496.60 | |
| AEIC | | 0.00 | |
| NET PAY | 1,566.72 | 15,475.83 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2,056.80 | SUNDAY PREM | 16.00 | 102.88 | WEEKEND PREM | 16.00 | 102.88 |

### RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SAT PREM T38 | 8.00 | 51.44 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | C0 | 8.40 | 84.00 | FEHB | 111 | 73.72 | 737.20 |
| MEDICARE | | 32.17 | 319.25 | OASDI | | 137.55 | 1,365.08 |
| ORG/UNION | VCRC | 22.00 | 220.00 | RETIRE, FERS | K | 16.45 | 164.50 |
| VCS DEDUCT | | 0.00 | 80.20 | TAX, FEDERAL | | 250.10 | 2,464.05 |
| TAX, LOCAL | 420332 | 22.18 | 220.16 | TAX, LST | 420332 | 2.00 | 20.00 |
| TAX, LOCAL | 420485 | 0.00 | 0.00 | TAX, STATE | PA | 68.11 | 675.94 |
| TSP LOANS | 628004G | 42.84 | 428.40 | TSP SAVINGS | | 50.00 | 500.00 |
| DENTAL | | 21.76 | 217.82 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 81.75 | 8.00 | 72.00 | 0.00 | 62.75 | 0.00 | 91.00 | |
| SICK | 34.00 | 4.00 | 36.00 | 0.00 | 37.00 | 0.00 | 33.00 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 4.20 | 42.00 | FEHB | 221.18 | 2,211.80 |
| MEDICARE | 32.17 | 319.25 | OASDI | 137.55 | 1,365.08 |
| RETIRE, FERS | 281.78 | 2,817.80 | TSP BASIC | 20.57 | 205.70 |
| TSP MATCHING | 50.00 | 500.00 | | | |

# LEAVE AND EARNINGS STATEMENT (LES)

Printer Friendly LES

05/25/2019

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 05/25/19 |
|---|---|
| 2. Pay Date | 05/31/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| DRAUGHN REGINALD B | WG 06 05 | 25.71 | 38.57 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-0476 | 0.00 | N | 12/15/03 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PHILA POLICE & FIRE FED CU | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 420332 | S | 0 | 0 | CALNTWP | 3,292.41 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2,223.98 | 25,196.41 | |
| TAXABLE WAGES | 2,078.50 | 23,595.91 | |
| NONTAXABLE WAGES | 95.48 | 1,050.50 | |
| TAX DEFERRED WAGES | 50.00 | 550.00 | |
| DEDUCTIONS | 716.93 | 8,213.53 | |
| AEIC | | 0.00 | |
| NET PAY | 1,507.05 | 16,982.88 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,056.80 | SUNDAY PREM | 10.00 | 64.30 | WEEKEND PREM | 16.00 | 102.88 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.40 | 92.40 | FEHB | 111 | 73.72 | 810.92 |
| MEDICARE | | 30.87 | 350.12 | OASDI | | 131.97 | 1,497.05 |
| ORG/UNION | VCRC | 22.00 | 242.00 | RETIRE, FERS | K | 16.45 | 180.95 |
| VCS DEDUCT | | 0.00 | 80.20 | TAX, FEDERAL | | 230.29 | 2,694.34 |
| TAX, LOCAL | 420332 | 21.29 | 241.45 | TAX, LST | 420332 | 2.00 | 22.00 |
| TAX, LOCAL | 420485 | 0.00 | 0.00 | TAX, STATE | PA | 65.34 | 741.28 |
| TSP LOANS | 628004G | 42.84 | 471.24 | TSP SAVINGS | | 50.00 | 550.00 |
| DENTAL | | 21.76 | 239.58 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 81.75 | 8.00 | 80.00 | 14.00 | 76.75 | 0.00 | 85.00 | |
| SICK | 34.00 | 4.00 | 40.00 | 0.00 | 37.00 | 0.00 | 37.00 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | |
| FAMILY | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 | 05/23/20 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.20 | 46.20 | FEHB | 221.18 | 2,432.98 |
| MEDICARE | 30.87 | 350.12 | OASDI | 131.97 | 1,497.05 |
| RETIRE, FERS | 281.78 | 3,099.58 | TSP BASIC | 20.57 | 226.27 |
| TSP MATCHING | 50.00 | 550.00 | | | |