# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 19-13971-ELF

REGINALD B DRAUGHN

414 ASHBURTON PLACE

COATESVILLE, PA 19320-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
REGINALD B DRAUGHN

414 ASHBURTON PLACE

COATESVILLE, PA 19320-

**Counsel for debtor(s), by electronic notice only.**
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 8/28/2019

                                 _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee