**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **REGINALD B. DRAUGHN** | : | |
| DEBTOR | : | BANKRUPTCY NO. 19-13971-ELF |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2019, I caused a copy of the foregoing 1st Amended Chapter 13 Plan, to be served as follows:

Via CM/ECF to:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**Kevin G. McDonald, Esq.**
Attorney for Creditor Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Via First Class U.S. Mail, Postage Prepaid to:

**All other parties in interest**

Under penalty of perjury, I declare that the foregoing is true and correct.

By: */s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812
Dated: October 10, 2019        Attorney for Debtor