## IN THE UNITED STATES BANKRUPTCY COURT
## FORTHE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Reginald B. Draughn | : | |
| Debtor | : | Case. No.: 19-13971-elf |

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. SECTIONS 1325(a)(8) AND 1325(a)(9)

I, Christian A. DiCicco, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled in the above referenced case:

1. The above-named Debtor has paid all post petition amounts that are required to be paid under and all Domestic Support Obligations.

2. The above-named Debtor has filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing.

Dated: October 21, 2019

By: */s/ Christian A. DiCicco, Esq.*
Christian A. DiCicco, Esq.
Counsel for Debtor