WWR# 040503452

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> REGINALD B DRAUGHN, <br> Debtor, <br> CITIZENS BANK, N.A., <br> Movant. | Case No. 19-13971-elf <br><br> Chapter 13 |

### STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2019. Upon the statements and agreement of counsel, the evidence and law:

This Court FINDS Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor, secured by 2014 Chevrolet Tahoe, VIN: 1GNSKCE05ER103096. That the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A., be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein. That Debtor wishes to surrender Movant's collateral, more specifically described as one 2014 Chevrolet Tahoe, VIN: 1GNSKCE05ER103096. That the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2014 Chevrolet Tahoe, VIN: 1GNSKCE05ER103096.

_____
Honorable Eric L. Frank
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Brian Langford | | |
| Attorney for Movant | Trustee | Attorney for Debtor |
| Brian Langford | William C. Miller | Christian A. Dicicco |
| Weltman, Weinberg & Reis Co., L.P.A. | PO Box 1229 | 2008 Chestnut St |
| 436 Seventh Avenue, Suite 2500 | Philadelphia, PA 19105-1229 | Philadelphia, PA 19103-4418 |
| Pittsburgh, PA 15219 | | |