**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **REGINALD B. DRAUGHN,**   :   **Chapter 13**
:
  **Debtor**   :   **Bky. No.  19-13971 ELF**
:

# O R D E R

**AND NOW,** upon Stipulation of the parties,  it is hereby **ORDERED** that the automatic stay, 11 U.S.C. §362(a),  is **MODIFIED** to permit Citizens Bank, N.A., take the necessary steps to repossess and liquidate its collateral, as one 2014 Chevrolet Tahoe, VIN: IGNSKCE05ER103096 and exercise its <u>in rem</u> remedies under its loan documentation and under state law with respect to the vehicle.

**Date:  December 4, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**