United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Reginald B. Draughn  
      Debtor

Case No. 19-13971-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Dec 06, 2019  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.  
db            +Reginald B. Draughn,    414 Ashburton Place,    Coatesville, PA 19320-5933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:  
         BRIAN THOMAS LANGFORD    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com  
         CHRISTIAN A. DICICCO    on behalf of Debtor Reginald B. Draughn  
          cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com  
         KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                 TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **REGINALD B. DRAUGHN,** | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | Bky. No. 19-13971 ELF |
| | | : | |

# O R D E R

**AND NOW,** upon Stipulation of the parties, it is hereby **ORDERED** that the automatic stay, 11 U.S.C. §362(a), is **MODIFIED** to permit Citizens Bank, N.A., take the necessary steps to repossess and liquidate its collateral, as one 2014 Chevrolet Tahoe, VIN: IGNSKCE05ER103096 and exercise its <u>in rem</u> remedies under its loan documentation and under state law with respect to the vehicle.

**Date: December 4, 2019**

                                               **ERIC L. FRANK**
                                             **U.S. BANKRUPTCY JUDGE**