**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **REGINALD B. DRAUGHN** | **:** | |
| **DEBTOR** | **:** | **BANKRUPTCY NO. 19-13971-ELF** |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, I caused a copy of the foregoing 1st Amended Chapter 13 Plan, to be served as follows:

Via CM/ECF to:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**Kevin G. McDonald, Esq.**
Attorney for Creditor Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

**Brian Thomas Langford, Esq**.
Attorney for Creditor Citizens Bank, N.A.
PitEcf@weltman.com

Via First Class U.S. Mail, Postage Prepaid to:

**All other parties who filed a claim**

Under penalty of perjury, I declare that the foregoing is true and correct.

By: */s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812
Dated: December 10, 2019      Attorney for Debtor