United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Reginald B. Draughn  
       Debtor

Case No. 19-13971-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: YvetteWD　　Page 1 of 1　　Date Rcvd: Jan 14, 2020  
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.  
db　　　　　+Reginald B. Draughn,    414 Ashburton Place,    Coatesville, PA 19320-5933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:  
      BRIAN THOMAS LANGFORD    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com  
      CHRISTIAN A. DICICCO    on behalf of Debtor Reginald B. Draughn     cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com  
      KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| REGINALD B. DRAUGHN | : | |
| DEBTOR | : | BANKRUPTCY NO. 19-13971-ELF |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5,250.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2, less **$127.00** which was paid by the Debtor pre-petition, to the extent provided for in the Confirmed Plan.

Dated: 1/14/20

_____
ERIC L. FRANK
United States Bankruptcy Judge