WWR# 040503452

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>REGINALD B DRAUGHN<br><br>　　　　　　　　　　Debtor<br><br>CITIZENS BANK, N.A.<br><br>　　　　　　　　　　Movant | CASE NO. 19-13971<br><br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE

Kindly withdraw the appearance of Brian T. Langford as attorney for Movant and enter Scott D. Fink as attorney for Movant in all matters for the duration of this bankruptcy case without prejudice.

Date: November 4, 2020

| | |
|---|---|
| /s/ Brian T. Langford<br>Brian T. Langford<br>436 Seventh Ave., Suite 2500<br>Pittsburgh, PA 15219<br>412-338-7102<br>blangford@weltman.com | /s/ Scott D. Fink<br>Scott D. Fink<br>Attorney for Movant<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131<br>216-739-5644<br>sfink@weltman.com |

WWR# 040503452

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>REGINALD B DRAUGHN<br><br>                        Debtor<br>REGINALD B DRAUGHN,<br>                        Movant. | CASE NO.  19-13971<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Scott D. Fink, Esq., attorney for Movant, do hereby certify that true and correct copies of the

Withdrawal of Appearance/Entry of Appearance has been served on the 4th day of November, 2020,

upon those listed below:

Service by First-Class Mail:

REGINALD B DRAUGHN, Debtor
414 ASHBURTON PL
COATESVILLE, PA 19320

and Service by NEF/ECF:

CHRISTIAN A DICICCO, Debtors Attorney at
CDIDICCO@MYPHILLYBANKRUPTCYLAWYER.COM
WILLIAM C MILLER ESQ, Trustee at ecfemails@ph13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov


                                                    /s/ Scott D. Fink
                                                    Scott D. Fink
                                                    Attorney for Movant
                                                    965 Keynote Circle
                                                    Brooklyn Heights, OH 44131
                                                    216-739-5644
                                                    sfink@weltman.com