United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-13971-elf
Reginald B. Draughn  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Jul 02, 2021  Form ID: pdf900  Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald B. Draughn, 414 Ashburton Place, Coatesville, PA 19320-5933 |
| 14345360 | | Advantage Au, Rte 130 & Klemm Av, Gloucester City, NJ 08030 |
| 14345363 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14345364 | + | Best Buy Co., Inc., PO Box 183195, Columbus, OH 43218-3195 |
| 14345365 | | Best Buy Co., Inc., PO Box 17298, Baltimore, MD 21297-1298 |
| 14345366 | + | Brandywine Hospital, 201 Reeceville Road, Coatesville, PA 19320-1536 |
| 14345369 | + | Cenlar Mortgage Central loan Administrat, Attn: Bankruptcy, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14384002 | + | Coatesville Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14345380 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14345384 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 14345385 | + | FantaSea Resorts, Atlantic Palace, 1507 Boardwalk, Atlantic City, NJ 08401-7012 |
| 14345386 | + | Fantasy World Club Villas, 5005 Kyng s Heath Rd., Kissimmee, FL 34746-5574 |
| 14345388 | + | Flag Ship Resort, 60 North Maine Avenue, Atlantic City, NJ 08401-5518 |
| 14345389 | + | HC Processing Center, Attention Bankruptcy, Po Box 708970, Sandy, UT 84070-8777 |
| 14351258 | + | M&T Bank servicer for, Lakeview Loan Servicer, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14345394 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14368683 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14345396 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14384064 | + | Township of Caln, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14384060 | + | Township of Valley, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14345405 | + | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 14345404 | + | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14345406 | + | USSA Bank, 9800 Fredericksburg Road, San Antonio, TX 78288-0001 |
| 14345407 | + | Wells Fargo/Bob's Discount Furniture, Po Box 10438, Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 02 2021 23:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 02 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bnc@bass-associates.com | Jul 02 2021 23:21:00 | United Consumer Financial Serv., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 14380130 | | Email/Text: ally@ebn.phinsolutions.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jul 02 2021 23:21:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14345361 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 02 2021 23:21:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14345362 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 02 2021 23:21:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14345373 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 02 2021 23:21:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14351924 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 02 2021 23:21:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14345359 | | Email/Text: BankruptcyNotices@aafes.com | Jul 02 2021 23:21:00 | AAFES, Attention: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 14345367 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 02 2021 23:26:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14351675 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 02 2021 23:26:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14345368 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 02 2021 23:26:36 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14345370 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 02 2021 23:21:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14345371 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:47 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14380153 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:43 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14345372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:47 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 14345374 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14345375 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14345376 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14345379 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14345377 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14345378 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:21:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14345381 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2021 23:26:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14345383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:26:39 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14380152 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 23:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14345382 | + | Email/PDF: pa_dc_ed@navient.com | Jul 02 2021 23:26:46 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14345387 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 02 2021 23:21:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14345390 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 19-13971-elf    Doc 40    Filed 07/04/21    Entered 07/05/21 00:35:58    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 02 2021 23:21:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14428071 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 23:26:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14379451 | | Email/Text: camanagement@mtb.com | Jul 02 2021 23:21:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14345391 | | Email/Text: camanagement@mtb.com | Jul 02 2021 23:21:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14345392 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 02 2021 23:21:00 | Mabt - Genesis Retail, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14381604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2021 23:26:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14377834 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 23:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14377833 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 23:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14345395 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 02 2021 23:26:47 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14345397 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:35 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14346111 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345398 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:42 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14345812 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345399 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:42 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14345400 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:46 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14345401 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14345402 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:26:46 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14396376 | + | Email/Text: bnc@bass-associates.com | Jul 02 2021 23:21:00 | United Consumer Financial Serv., c/o Bass & Associates PC, 3936 E. Ft. Lowell Road, Ste 200, Tucson, AZ 85712-1083 |
| 14345403 | + | Email/Text: EBankruptcy@UCFS.NET | Jul 02 2021 23:21:00 | United Consumer Financial Services, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 14395613 | + | Email/Text: bnc@bass-associates.com | Jul 02 2021 23:21:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 72 |

14345393    ##+    Marie Walker, 2611 Bowers Street, Wilmington, DE 19802-4627

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2021           Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTIAN A. DICICCO | on behalf of Debtor Reginald B. Draughn cdicicco@myphillybankruptcylawyer.com christianadicicco@gmail.com;r57075@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank  N.A. sfink@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     REGINAL B. DRAUGHN,     :     Chapter 13
:
Debtor     :     Bky. No. 19-13971 ELF

# O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date:  July 2, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**